UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:10-cr-269-T-30TBM

AKIMMIE D. WESLEY

**PRELIMINARY ORDER OF FORFEITURE
AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for a Preliminary Order of Forfeiture (Doc. 41) for one Taurus, model PT111, 9 millimeter pistol and 5 rounds of 9 millimeter ammunition. The United States further moved the Court for a Forfeiture Money Judgment in the amount of $6,000.00. Upon entry, the Preliminary Order of Forfeiture and Forfeiture Money Judgment shall become a final order of forfeiture as to defendant Akimmie Wesley.

Being fully advised in the premises, the Court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between offenses charged in Counts One through Five and Seven of the Superseding Indictment and the Taurus, model PT111, 9 millimeter pistol and 5 rounds of 9 millimeter ammunition.

The Court further finds that the United States has established that the defendant obtained at least $6,000.00 as a result of the robberies alleged in Counts One and Five of the Superseding Indictment, in violation of 18 U.S.C. § 1951 and 2113, respectively. Accordingly, it is hereby

ORDERED AND ADJUDGED that for good cause shown, the United States' motion (Doc. 41) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Akimmie Wesley in the referenced firearm and ammunition is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(C), and Rule 32.2(b)(2), defendant Akimmie Wesley is held personally liable for a forfeiture money judgment in the amount of $6,000.00, which represents the amount of the defendant received as a result of the robberies as charged in Counts One and Five of the Superseding Indictment.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject weapon and ammunition and any property belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the $6,000.00 forfeiture money judgment, and to entertain any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on December 7, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-269.forfeit 41.wpd